**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF WISCONSIN**
**MADISON DIVISION**

|  |  |  |
|---|---|---|
| In re: | § | Case No. 3:24-bk-12010 |
|  | § |  |
| Sheldon B Dable | § |  |
| Christine C Dable | § |  |
|  | § |  |
| Debtor(s) | § |  |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Brian A. Hart, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $123,009.72 | Assets Exempt: | $107,037.80 |
| Total Distributions to Claimants: | $5,914.33 | Claims Discharged Without Payment: | $57,180.86 |
| Total Expenses of Administration: | $3,285.67 | | |

3) Total gross receipts of $9,200.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $9,200.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $4,769.11 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $3,285.67 | $3,285.67 | $3,285.67 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $6,011.02 | $119,610.17 | $63,095.19 | $5,914.33 |
| **Total Disbursements** | $10,780.13 | $122,895.84 | $66,380.86 | $9,200.00 |

4).  This case was originally filed under chapter 7 on 10/03/2024.  The case was pending for 17 months.

5).  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6).  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/02/2026                    By:    /s/ Brian A. Hart
                                                          Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 2000 Maurell Crest III Pontoon Boat | 1129-000 | $9,200.00 |
| **TOTAL GROSS RECEIPTS** | | $9,200.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Marine Credit Union | 4110-000 | $4,769.11 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $4,769.11 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Brian A. Hart, Trustee | 2100-000 | NA | $1,670.00 | $1,670.00 | $1,670.00 |
| Brian A. Hart, Trustee | 2200-000 | NA | $40.67 | $40.67 | $40.67 |
| Brian Hart, Attorney for Trustee | 3110-000 | NA | $1,575.00 | $1,575.00 | $1,575.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $3,285.67 | $3,285.67 | $3,285.67 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Jefferson Capital Systems LLC | 7100-000 | $2,019.90 | $2,019.90 | $2,019.90 | $189.34 |
| 2 | Capital One, N.A. | 7100-000 | $3,991.12 | $4,560.31 | $4,560.31 | $427.47 |
| 3 | Auer Steel & | 7200-000 | $0.00 | $56,514.98 | $0.00 | $0.00 |

|   | | | | | | |
|---|---|---|---|---|---|---|
|   | Heating Supply Co. | | | | | |
| 4 | Auer Steel & Heating Supply Co. | 7100-000 | $0.00 | $56,514.98 | $56,514.98 | $5,297.52 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $6,011.02 | $119,610.17 | $63,095.19 | $5,914.33 |

**Case No.:** 24-12010-cjf

**Case Name:** DABLE, SHELDON B AND DABLE, CHRISTINE C

**For the Period Ending:** 3/2/2026

**Trustee Name:** Brian Hart - WI

**Date Filed (f) or Converted (c):** 10/03/2024 (f)

**§341(a) Meeting Date:** 11/04/2024

**Claims Bar Date:** 02/27/2025

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | | |
| 1 | 53738 Willow Lane, Wauzeka, WI 53826-0000, Crawford County | $166,258.00 | $110,458.00 | | $0.00 | FA |
| 2 | 2016 Dodge Grand Caravan Passenger, 195,000 miles | $5,000.00 | $0.00 | | $0.00 | FA |
| 3 | 2004 Dodge Ram 1500 Quad Cab, 250,000 miles | $1,500.00 | $0.00 | | $0.00 | FA |
| 4 | 2002 Chevy Silverado 1500 Regular Cab, 144,000 miles | $2,000.00 | $0.00 | | $0.00 | FA |
| 5 | 1977 MGB, 53,000 miles | $1,000.00 | $0.00 | | $0.00 | FA |
| 6 | 2008 Chevy Van, 324,000 miles | $3,000.00 | $0.00 | | $0.00 | FA |
| 7 | 2005 Chevy Van, 350,000 miles | $1,500.00 | $330.89 | | $0.00 | FA |
| 8 | 2000 Maurell Crest III Pontoon Boat | $13,000.00 | $10,050.00 | | $9,200.00 | FA |
| 9 | 1991 AlumaCraft | $600.00 | $600.00 | | $0.00 | FA |
| 10 | Stove | $100.00 | $0.00 | | $0.00 | FA |
| 11 | Refrigerator | $600.00 | $0.00 | | $0.00 | FA |
| 12 | Microwave | $20.00 | $0.00 | | $0.00 | FA |
| 13 | Washing Machine | $100.00 | $0.00 | | $0.00 | FA |
| 14 | Dryer | $100.00 | $0.00 | | $0.00 | FA |
| 15 | Dishwasher | $50.00 | $0.00 | | $0.00 | FA |
| 16 | Printer | $25.00 | $0.00 | | $0.00 | FA |
| 17 | Sofa | $10.00 | $0.00 | | $0.00 | FA |
| 18 | Chairs | $25.00 | $0.00 | | $0.00 | FA |
| 19 | Entertainment Center | $50.00 | $0.00 | | $0.00 | FA |
| 20 | Coffee table & end tables | $10.00 | $0.00 | | $0.00 | FA |
| 21 | Bed | $200.00 | $0.00 | | $0.00 | FA |
| 22 | x2 Dresser | $200.00 | $0.00 | | $0.00 | FA |
| 23 | Kitchen Table and Chairs | $100.00 | $0.00 | | $0.00 | FA |
| 24 | Lawnmower | $600.00 | $0.00 | | $0.00 | FA |
| 25 | Household Tools | $800.00 | $0.00 | | $0.00 | FA |
| 26 | x2 Computers | $400.00 | $0.00 | | $0.00 | FA |
| 27 | x3 Television | $150.00 | $0.00 | | $0.00 | FA |

| Case No.: | 24-12010-cjf | | | Trustee Name: | | Brian Hart - WI |
|---|---|---|---|---|---|---|
| Case Name: | DABLE, SHELDON B AND DABLE, CHRISTINE C | | | Date Filed (f) or Converted (c): | | 10/03/2024 (f) |
| For the Period Ending: | 3/2/2026 | | | §341(a) Meeting Date: | | 11/04/2024 |
| | | | | Claims Bar Date: | | 02/27/2025 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 28 | DVD/CD/VCR Player | $10.00 | $0.00 | | $0.00 | FA |
| 29 | CD/DVDs | $100.00 | $0.00 | | $0.00 | FA |
| 30 | Sport Equipment | $75.00 | $0.00 | | $0.00 | FA |
| 31 | Clothing | $1,500.00 | $0.00 | | $0.00 | FA |
| 32 | Rings, Wedding Rings, M&F Fine Jewelry | $6,000.00 | $2,250.00 | | $0.00 | FA |
| 33 | Yorkshire Terrier | $300.00 | $300.00 | | $0.00 | FA |
| 34 | Cash | $200.00 | $200.00 | | $0.00 | FA |
| 35 | Savings: Marine Credit Union | $2,229.67 | $2,229.67 | | $0.00 | FA |
| 36 | Checking: Marine Credit Union | $370.80 | $370.80 | | $0.00 | FA |
| 37 | Savings: Marine Credit Union | $52.62 | $52.62 | | $0.00 | FA |
| 38 | We Energies/Computershare | $1,448.63 | $1,448.63 | | $0.00 | FA |
| 39 | Ret. or Pension Acct.: Marine Credit Union | $26,022.80 | $0.00 | | $0.00 | FA |
| 40 | Ridgid Hand Threader | $2,000.00 | $0.00 | | $0.00 | FA |
| 41 | x2 Vacuum Pump | $400.00 | $0.00 | | $0.00 | FA |
| 42 | Reclaimer | $200.00 | $0.00 | | $0.00 | FA |
| 43 | x2 Reclaim Tanks | $100.00 | $0.00 | | $0.00 | FA |
| 44 | Ratchet Hand Bender | $90.00 | $0.00 | | $0.00 | FA |
| 45 | Expansion Tool | $100.00 | $0.00 | | $0.00 | FA |
| 46 | Specialty hand tools | $1,500.00 | $0.00 | | $0.00 | FA |
| INT | Interest Earned                              (u) | Unknown | Unknown | | $0.00 | Unknown |

**TOTALS (Excluding unknown value)**

**Gross Value of Remaining Assets**

| | $240,097.52 | $128,290.61 | | $9,200.00 | $0.00 |
|---|---|---|---|---|---|

**Major Activities affecting case closing:**

Case paid in full.  Tardy claim filed.  I objected and waiting for court to determine if timely filed or not so I can proceed with TFR.

**Case No.:** <u>24-12010-cjf</u>

**Case Name:** <u>DABLE, SHELDON B AND DABLE, CHRISTINE C</u>

**For the Period Ending:** <u>3/2/2026</u>

**Trustee Name:** <u>Brian Hart - WI</u>

**Date Filed (f) or Converted (c):** <u>10/03/2024 (f)</u>

**§341(a) Meeting Date:** <u>11/04/2024</u>

**Claims Bar Date:** <u>02/27/2025</u>

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** <u>11/01/2025</u>       **Current Projected Date Of Final Report (TFR):** <u>11/01/2025</u>

/s/ BRIAN HART - WI
_____

BRIAN HART - WI

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| **Case No.** | 24-12010-cjf |
| **Case Name:** | DABLE, SHELDON B AND DABLE, CHRISTINE C |
| **Primary Taxpayer ID #:** | **-***5614 |
| **Co-Debtor Taxpayer ID #:** | |
| **For Period Beginning:** | 10/3/2024 |
| **For Period Ending:** | 3/2/2026 |

| | |
|---|---|
| **Trustee Name:** | Brian A. Hart |
| **Bank Name:** | Metropolitan Commercial Bank |
| **Checking Acct #:** | ******7024 |
| **Account Title:** | Checking |
| **Blanket bond (per case limit):** | $1,721,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | Uniform Tran Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $0.00 | $0.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $0.00 | |

**For the period of 10/3/2024 to 3/2/2026**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 05/05/2025 to 3/2/2026**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 24-12010-cjf | |
| **Case Name:** | DABLE, SHELDON B AND DABLE, CHRISTINE C | |
| **Primary Taxpayer ID #:** | **-***5614 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 10/3/2024 | |
| **For Period Ending:** | 3/2/2026 | |

| | |
|---|---|
| **Trustee Name:** | Brian A. Hart |
| **Bank Name:** | Texas Traditions Bank |
| **Checking Acct #:** | ******0001 |
| **Account Title:** | Checking |
| **Blanket bond (per case limit):** | $1,721,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/11/2025 | (8) | Sheldon Dable AND Christine Dable | Payment per settlement (Order Dkt. 41) | 1129-000 | $9,200.00 | | $9,200.00 |
| 01/26/2026 | 4001 | Brian A. Hart | Trustee Expenses | 2200-000 | | $40.67 | $9,159.33 |
| 01/26/2026 | 4002 | Brian A. Hart | Trustee Compensation | 2100-000 | | $1,670.00 | $7,489.33 |
| 01/26/2026 | 4003 | Brian Hart | Claim #: ; Dividend: 17.11; | 3110-000 | | $1,575.00 | $5,914.33 |
| 01/26/2026 | 4004 | Jefferson Capital Systems LLC | Claim #: 1; Dividend: 2.05; | 7100-000 | | $189.34 | $5,724.99 |
| 01/26/2026 | 4005 | Capital One, N.A. | Claim #: 2; Dividend: 4.64; | 7100-000 | | $427.47 | $5,297.52 |
| 01/26/2026 | 4006 | Auer Steel & Heating Supply Co. | Claim #: 4; Dividend: 57.58; | 7100-000 | | $5,297.52 | $0.00 |

| | Deposit | Disbursement | Balance |
|---|---|---|---|
| **TOTALS:** | $9,200.00 | $9,200.00 | $0.00 |
| **Less: Bank transfers/CDs** | $0.00 | $0.00 | |
| **Subtotal** | $9,200.00 | $9,200.00 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $9,200.00 | $9,200.00 | |

| For the period of 10/3/2024 to 3/2/2026 | | For the entire history of the account between 08/11/2025 to 3/2/2026 | |
|---|---|---|---|
| Total Compensable Receipts: | $9,200.00 | Total Compensable Receipts: | $9,200.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $9,200.00 | Total Comp/Non Comp Receipts: | $9,200.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $9,200.00 | Total Compensable Disbursements: | $9,200.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $9,200.00 | Total Comp/Non Comp Disbursements: | $9,200.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| **Case No.** | 24-12010-cjf |
| **Case Name:** | DABLE, SHELDON B AND DABLE, CHRISTINE C |
| **Primary Taxpayer ID #:** | **-***5614 |
| **Co-Debtor Taxpayer ID #:** | |
| **For Period Beginning:** | 10/3/2024 |
| **For Period Ending:** | 3/2/2026 |

| | |
|---|---|
| **Trustee Name:** | Brian A. Hart |
| **Bank Name:** | Texas Traditions Bank |
| **Checking Acct #:** | ******0001 |
| **Account Title:** | Checking |
| **Blanket bond (per case limit):** | $1,721,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $9,200.00 | $9,200.00 | $0.00 |

**For the period of 10/3/2024 to 3/2/2026**

| | |
|---|---|
| Total Compensable Receipts: | $9,200.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $9,200.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $9,200.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $9,200.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 10/03/2024 to 3/2/2026**

| | |
|---|---|
| Total Compensable Receipts: | $9,200.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $9,200.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $9,200.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $9,200.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ BRIAN A. HART

BRIAN A. HART